**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:26-cr-75** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **TAKAYLA M. AHART,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation that the Court accept Defendant Takayla M. Ahart's guilty plea. (ECF No. 41 at 3). No objections have been made to the Report and Recommendation, and the deadline for objections elapsed on August 10, 2026. (*Id.* at 3–4). After reviewing the Report and Recommendation, the Court **ACCEPTS** the Defendant's guilty plea to Count One of the Indictment, Possession with Intent to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(2). She is hereby **ADJUDGED GUILTY** on this Count.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 24, 2026**